1  Kenneth Frucht (SBN 178881)
   kfrucht@gmail.com
2  Frederick J. Geonetta (SBN 114824)
   fred@geonetta-frucht.com
3  GEONETTA & FRUCHT, LLP
   825 Washington Street, Suite 220
4  Oakland, California 94607
   Telephone Number: (510) 254-3777
5
   Attorneys for Plaintiff
6  CHAZ ADAMS

7  Michele Haydel Gehrke (SBN 215647)
   Email:    mgehrke@reedsmith.com
8  Kourosh Jahansouz (SBN 292559)
   Email:    kjahansouz@reedsmith.com
9  REED SMITH LLP
   101 Second Street
10 Suite 1800
   San Francisco, CA  94105-3659
11 Telephone: +1 415 543 8700
   Facsimile:  +1 415 391 8269
12
   Attorneys for Defendant
13 UNITED AIRLINES, INC.

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                    OAKLAND DIVISION

17

18 CHAZ ADAMS,                          Case No.: 4:21-cv-03809-JSW

19            Plaintiff,

20      vs.                            **[PROPOSED] ORDER CONTINUING
                                       MANDATORY SETTLEMENT
21 UNITED AIRLINES, INC., and DOES 1 to 25,   CONFERENCE DEADLINE PURSUANT
                                       TO STIPULATION**
22 inclusive,

23            Defendants.              Honorable Jeffrey S. White

24

25

26

27

28

Case No.: 4:21-cv-03809-JSW

1  After full consideration of the parties' Stipulated Request to Continue Mandatory Settlement

2  Conference Deadline, the circumstances, and good cause appearing therefore, IT IS HEREBY

3  ORDERED that the deadline for the parties to conduct a mandatory settlement conference in the

4  above-referenced case is continued to July 29, 2022.

5  **PURSUANT TO STIPULATION IT IS SO ORDERED.**

6

7

8  DATED: ___February 3, 2022___

9

10  _____

11  Honorable Jeffrey S. White
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28